**JS6**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INNOVATION TECHNOLOGIES PARTNERS LP,<br><br>Plaintiff,<br><br>v.<br><br>HULU, LLC,<br><br>Defendant. | Case No. 2:25-CV-10969-RGK-RAO<br><br>Hon. R. Gary Klausner<br>Courtroom 850 – Roybal<br><br>**FINAL JUDGMENT** |

**WHEREAS, the Court issued an Order on July 24, 2026 (Dkt. 65) GRANTING Defendant Hulu, LLC's Motion for Judgment on the Pleadings.**

**FINAL JUDGMENT IS ENTERED AS FOLLOWS:**

1. Plaintiff Innovation Technologies Partners LP ("ITP") asserted claims 1-11 and 13-18 of U.S. Patent No. 8,660,539 ("the '539 patent"); claims 5-14 of U.S. Patent No. 8,793,808 ("the '808 patent"); claims 1-9 of U.S. Patent No. 9,355,157 ("the '157 patent"); claims 1-8 and 10-11 of U.S. Patent No. 10,776,831 ("the '831 patent"); claims 1-14 of U.S. Patent No. 10,945,003 ("the '003 patent"); claims 1-10 and 18-20 of U.S. Patent No. 11,599,912 ("the '912 patent"); and claims 1-12 and 18-20 of U.S. Patent No. 12,125,070 ("the '070 patent") (collectively, "the asserted claims" of the "asserted patents").

2. Judgment of invalidity of the asserted claims of the asserted patents is entered under 35 U.S.C. § 101 in favor of Defendant Hulu, LLC and against ITP.

3. Plaintiff's First Amended Complaint is DISMISSED with prejudice.

4. Requests for fees and/or costs shall be extended until 30 days after the issuance of a mandate from the Federal Circuit or any earlier termination of appeals, or the deadline for filing a notice of appeal if no appeal is filed.

This is a final judgment and may be appealed only if ITP files a notice of appeal within 30 days of the date on which this judgment is entered.

**IT IS SO ORDERED.**

Dated: 7/30/2026

Gary Klausner

THE HONORABLE R. GARY KLAUSNER
U.S. DISTRICT JUDGE